UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GLOBAL PARTS DISTRIBUTORS, LLC, )
an Oklahoma limited liability corporation, )
)
    Plaintiff, )  Case No.: 8:08-CV-01634-T-24-MSS
)
vs. )
)
AUTO AIR OF SARASOTA, INC., )
)
    Defendant. )
_____ )

## FINAL DEFAULT JUDGMENT

IT IS ADJUDGED that Plaintiff, GLOBAL PARTS DISTRIBUTORS, LLC, an Oklahoma limited liability corporation, whose principal place of business is 900 W. Main Street, Oklahoma City, Oklahoma 73106, recover from the Defendant, AUTO AIR OF SARASOTA, INC., whose last known address is c/o Howard Sicilian, Director and Registered Agent, 1797 DeSoto Road, Sarasota, Florida 34234, the principal sum of $121,177.67, interest of $24,906.11, costs of $427.74, and attorneys' fees of $4,692.00, for a sum total of $151,203.52, all of which shall bear interest at the rate of 2.05 percent (2.05%) for the current year and thereafter as provided for by 28 U.S.C. §1961, all of which let execution issue.

DONE and ORDERED in Chambers at Tampa, Hillsborough County, Florida, this 22ND day of September, 2008.

_____
District Court Judge Susan C. Bucklew

40425593v1