UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GLOBAL PARTS DISTRIBUTORS, LLC,

    Plaintiff,

v.                                                    Case No. 8:08-Civ-1634-T-24 EAJ

AUTO AIR OF SARASOTA, INC.,

    Defendant.

v.

BANK OF AMERICA, N.A.,

    Garnishee.
_____/

## **O R D E R**

This cause comes before the Court on Plaintiff's Motion for Judgment in Garnishment. (Doc. No. 19). This motion was considered by United States Magistrate Judge Elizabeth Jenkins, who filed her report recommending that the motion be granted. (Doc. No. 20). All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b). No such objections were filed. Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED AND ADJUDGED** that:

    (1)    The Magistrate Judge's Report and Recommendation (Doc. No. 20) is adopted and incorporated by reference in this Order of the Court.

  (2)  Plaintiff's Motion for Judgment in Garnishment (Doc. No. 19) is **GRANTED** to the extent that the Clerk is directed to enter judgment in favor of Plaintiff and against Garnishee Bank of America, N.A. in the amount of $206.15.

**DONE AND ORDERED** at Tampa, Florida, this 29th day of December, 2008.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
The Honorable Elizabeth A. Jenkins
Counsel of Record